UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DILBAR SRAI, | No. 2:15-cv-2434-KJN |
| Plaintiff, | |
| v. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Plaintiff, proceeding without counsel, commenced this action on November 23, 2015, to seek judicial review of a final decision by the Commissioner of Social Security. (ECF No. 1.) The administrative record in this matter was lodged with the court on April 26, 2016, and simultaneously served on plaintiff by mail. (ECF Nos. 12, 13.)

Thereafter, on April 29, 2016, plaintiff requested that the court conduct a hearing in his case before it makes a decision. (ECF No. 14.) In light of plaintiff's *pro se* status, the court briefly outlines the process by which this action is to be adjudicated. In actions seeking judicial review of final decisions by the Commissioner of Social Security, the court typically does not conduct hearings or entertain oral argument. Instead, the court's scheduling order provides that plaintiff must file a motion for summary judgment and/or remand within 45 days of being served with a copy of the administrative record. (ECF No. 4.) The Commissioner then files its

1

opposition to plaintiff's motion and/or cross-motion for summary judgment within 30 days of being served with plaintiff's motion. (Id.) Thereafter, plaintiff may, but is not required to, file a reply brief within 21 days of being served with defendant's opposition and/or cross-motion. (Id.) If either party needs a reasonable extension of time to file a particular brief, it shall confer with the other party and prepare an appropriate stipulation and proposed order for an extension of time for the court's consideration. The court is generally amenable to granting reasonable extensions of time, provided that the parties have been diligent and the request is made prior to the expiration of the applicable deadline. Upon the filing of the reply brief, or the expiration of the deadline to file a reply brief, the case is generally submitted for decision without oral argument on the record and written briefing. (Id.)

Consequently, although the court does not generally entertain oral argument, plaintiff will have an opportunity to submit all his arguments in writing, in accordance with the briefing schedule outlined in the court's scheduling order, and as summarized above. (See ECF No. 4.) If, upon completion of the written briefing, plaintiff still believes that oral argument is necessary, he may renew his request at that time.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's request for a hearing (ECF No. 14) is DENIED without prejudice to its potential renewal at a later juncture.
2. Plaintiff is advised that his motion for summary judgment and/or remand is due within 45 days of being served with the administrative record. Failure to timely file that motion, or timely seek an extension of time to do so, may result in sanctions, including potential dismissal of the action pursuant to Federal Rule of Civil Procedure 41(b).

IT IS SO ORDERED.

Dated:  May 13, 2016

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

2